## Commonwealth *v.* Schell, Appellant.

Submitted September 14, 1970. *John R. Walker,* Assistant Public Defender, and *Blake E. Martin,* Public Defender, for appellant; *Jay*

844

*L. Benedict,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.